## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Samuel Alba

COURT REPORTER: Electronic
COURTROOM DEPUTY: Anndrea Bowers
INTERPRETER:

DATE: 1/9/03

TAPE # 3655

CASE NO. A-03-04 M

LOG #  3086 - 3444

USA v. Christopher Alex Cheeney and Trinidad Pena

Approved By:_____

### APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Lynda Krause |
| Dft | Rich Mauro |
| Dft | Michael Sikora |
| US PO | Megan Van Sciver |

MATTER SET: Initial Appearance

DOCKET ENTRY:

  Defendants present and in custody. Complaint read, rights and penalties explained. Each defendant requested counsel. Financial Affidavits submitted. Court appointed CJA counsel for each of the defendants, who were present and accepted the appointment. Government requested detention. PTS reports requested. Detention hearing set for 1/13/03 at 11:30 a.m. Defendants ordered detained and remanded to custody of USMS.